United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-4360 |
| | § | (CRIMINAL NUMBER H-18-176) |
| BABAJIDE TOLULOPE BABATUNDE | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-19-4360 is **DISMISSED with prejudice.**

For reasons stated in the court's Memorandum Opinion and Order, a certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 25th day of March, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE